FILED
OCT 30 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BAHAA SAM
Plaintiff,

vs.

Will County Jail, et al.
Defendant.

Case No. 1:14-CV-05293
Honorable Ronald A. Guzman

## MEMORANDUM

Plaintiff Bahaa A. Sam, by and through his prisoner rights litigation advocate (PRLA) Jason M. Gonzalez, submits his Memorandum on why his complaint should not be dismissed for failure to exhaust, in accordance with the Court's order dated 21 October 2014. ~~The Plaintiff cannot submit a completed in forma pauperis application because the facility trust fund officer has not returned their portion of the form. The Plaintiff requests an order for the facility trust fund officer to complete his IFP and return with proper documentation of his Resident Account Summary.~~

Plaintiff also requests an Arabic translator to be made available in the future, and for all future correspondence to be sent in Arabic to him. Plaintiff's PRLA is committing a rule violation by completing correspondence and legal forms and will no longer complete any filing for the Plaintiff.

Respectfully submitted,

Baha
10-27-14

Bahaa A. Sam #2012-00009956
Will County Adult Detention Facility
95 South Chicago Street
Joliet, IL 60436

Memorandum completed by: Jason M. Gonzalez #2009-0008062

Please make copies and send me back the originals. I do not have other copies. You may charge my account for copies if necessary.

Pag 1

Der/Honorable Ronald A. Guzman

1 I don't Red or Wriht English Very will but I can Speak English sinced (2) Longig

I now you don't Have Time to Red all my Grievances. I traey explena to you my setwithen as I can

2 In Fraday 13 Jun 2014 around 7.30 to 8.00 A.M I am in the Medical Calnik to foll with dictor Wossly. Deputy C.O. Rush He'h respinciplitey for the shift (7-3) A.M Deputy C. Rios cam to visit Hem and Take to Hem. I Have had pick grond with C/O Rios 3 times before

2

3 When I am in the nursing office the nursing let me know my with with K.g this I do every Time I go to the clnik. I did know whey this Time when I do with K.g she SKream to me No think the scale I sied I am sorrey you no touch the scale But allways you let me I do that with K.g.

4 after that I find C/O Rios He takled me for the scale and drap me in the Ground and Put my face in the flor and He sed in My lege C/O RUSH HelP Hem to do that.

Pag- 3

5 after that the E.R.t Caem 5 PeRsoen Deputy E.Rt HocH He Hed me in my baick with his bollet

6 after that E.Rt tackled me to the Hole (D/PoD)

7 In 6-14-2014 at 800 A.M APRCmitly I go to the Medical building 3 days and I came paick angen to D Pod

8 I stiel in D Pod intell 7-1-2014 at 1200 midnight.

9 after that I tRansferred to Administrative SeGReGation fRom 7-1-14 To 811-2014. whaly

9 the doictoR give me medsien 800 M.g leppROiven A day morning and night

I do X Ray in my sholdar on

I do X Ray in my paick too

allwos I Have medical RePoRt foRall kind midcen I Take

10 I Mail to you any yellow copies I Recived

11 suppusd we Have videu Tape FoR Every thenk.

Please HONUR Help me.
I Have a lot DISCaRmition. Thank you
I am sick I am disteRs.
I am sorilleny I am fieR
FOR this Hapen to me.

[signature]
10-27-2014

Bahaa A. Sam #2012-0009956
Will County Adult Detention Facility
95 South Chicago Street
Joliet, IL 60436

Case No: 1:14-CV-05293

24 September 2014

Thomas G. Bruton
Clerk
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

RE: Request for information

Dear Sir,

I am an Egyptian-American Christian. I would like to know when you would like me to turn in my application because I do not speak English. I am waiting to find a lawyer because I do not read or write English. Please let me know what the last day I can mail the application to you.

Can I make payments, $25 or $50 a month, because I am in the jail. I would like a form to file for the appointment of counsel also.

Sincerely,

Bahaa A. Sam

ext
ROOM
Coffs
Carlen
Scale
NURSE
Jasmine
Rowell
ROM
2
W.C
Coff

XX

XX

E.R.7/11/04H

① i

②

③

④

② i

① i

② i

③

① ٤-٧ RUSH

# Incident Report

Incident: 2014-00001645

DOB

DISCIPLINARY HEARING
INMATE COPY

**Print Date/Time:** 06/23/2014 11:39
**Login ID:** awatson
**Report Template:** HEARING - INMATE

WILL COUNTY SHERIFF'S OFFICE
**ORI Number:** IL0990000

## Activity

## Violations

**Seq Number:** 1 **Violator:** SAM, BAHAA ALES **Violation:** PARTICIPATE IN/OR PROVOKE FIGHT
12.9956
**Location:** **Requires Reclassification:** N

**Seq Number:** 2 **Violator:** SAM, BAHAA ALES **Violation:** REFUSAL TO OBEY A DIRECT ORDER
**Location:** **Requires Reclassification:** N

## Violation Hearing

**Seq Number:** 1 **Violator:** SAM, BAHAA ALES **Hearing Officer:** 1758 - WATSON
**Hearing Date/Time:** 06/22/2014 10:00 AM **End Date/Time:** **Inmate Plea:**

| Hearing Subject | Subject Type | Recorded By |
|---|---|---|
| SAM, BAHAA ALES | OFFENDER | 1758 - WATSON |
| MAHER | STAFF MEMBER | 1758 - WATSON |
| LITTLE | STAFF MEMBER | 1758 - WATSON |

## Violation Discipline

**Discipline Type:** TRAN TO DISC SEGREGATION **Start Date/Time:** 06/13/2014 08:07 AM **End Date/Time:** 07/01/2014 08:07 AM

**Violator:** SAM, BAHAA ALES **Event Type:** **Disposition:** GUILTY **Officer:** 1758 - WATSON

**Comments:** NOTE: MR BAHAA WAS BOOOKED 12-20-2012 AND HOUSED IN B-POD FROM 5/24 UNTIL 06-13 JUST PRIOR TO THIS INCIDENT.

MR BAHAA STATED THAT NURSES REGULARLY ALLOW HIM TO ADJUST THE SCALE SETTING TO METRIC. ON THIS DAY, THE NURSE WAS ACROSS THE ROOM AND YELLED "STOP TOUCHING THE SCALE." HE DOES NOT KNOW WHY, BUT IMMEDIATELY STOPPED AND APOLOGIZED. OFFICER RIOS RAN INTO THE ROOM AND TACKLED HIM TO THE GROUND WITHOUT SAYING ANYTHING , THEREBY CAUSING INJURIES TO HIS LEG, FOREHEAD AND SCALP. MR BAHAA WAS (1) NEVER BEFORE TOLD NOT TO TOUCH THE SCALE, (2) DID NOT TOUCH THE NURSE, (3) WAS NEVER GIVEN AN ORDER TO LAY ON THE GROUND, (4) FEELS THAT BROWN-SHIRTED OFFICER ARE NOT ALLOWED TO TOUCH INMATES, AND (5) BELIEVES THAT THIS SPECIFIC HISPANIC OFFICER HAS 3 TIMES TAKEN DISCRIMINATORY ACTIONS AGAINST HIM.

**Discipline Type:** TRAN TO DISC SEGREGATION **Start Date/Time:** 06/13/2014 08:06 AM **End Date/Time:** 07/01/2014 08:06 AM

**Violator:** SAM, BAHAA ALES **Event Type:** **Disposition:** GUILTY **Officer:** 1758 - WATSON

**Comments:** PRIOR TO RENDERING A VERDICT, I REVIEWED CLINIC VIDEOTAPE WITH SGT ALBABO AND ATTEMPTED TO SPEAK WITH MEDICAL ASSISTANT PITTMAN (TOOK THE DAY OFF). IN ALL CASES, THE VIDEO IS CONSISTENT WITH THE REPORT AND CONFIRMS IT'S ACCURACY. WHILE WE DO NOT BELIEVE THAT MR BAHAA SOUGHT A PHYSICAL CONFRONTATION WITH STAFF, WE DO BELIEVE THAT HE PHYSICALLY TOUCHED/SLAPPED THE HAND OF A STAFF MEMBER. WE THEREBY RENDER GUILTY VERDICTS TO BOTH CHARGES AND ASSIGN A PENALTY OF 15 DAYS IN DISCIPLINE NOT COUNTING ANY TIME SPENT IN THE MEDICAL UNIT.

MR BAHAA WILL BE TRANSFERRED TO ADMINISTRATIVE SEGREGATION ON 07-01-2014.

# Incident Report

Incident: 2014-00001645

**Print Date/Time:** 06/23/2014 11:39
**Login ID:** awatson
**Report Template:** HEARING - INMATE

WILL COUNTY SHERIFF'S OFFICE
**ORI Number:** IL0990000

## Narrative

ON 13 JUN 2014 I DEPUTY C. RIOS WAS ASSIGNED TO ROVER ONE ON THE 7-3 SHIFT. AT APPROX 7:49 AM WHILE ASSISTING DEP. R RUSH WITH CLINIC, INMATE SAM, BAHAA #12- 9956 WAS IN THE NURSING OFFICE WITH MEDICAL ASSISTANT PITTMAN AND WAS ORDERED TO STEP ON THE SCALE AND NOT TO TOUCH ANYTHING. NEXT,MEDICAL ASSISTANT PITTMAN EXITED THE NURSING OFFICE APPEARING TO BE PHYSICALLY DISTRAUGHT. I THEN ASKED MEDICAL ASSISTANT PITTMAN WHAT WAS WRONG AND SHE STATED, "THIS GUY JUST SLAPPED MY HAND. I THEN ORDERED INMATE SAM TO LAY ON THE FLOOR. INMATE SAM REFUSED MY DIRECT ORDER TO LAY DOWN. THEN DEPUTY RUSH AND MYSELF PLACED INMATE SAM IN THE ESCORT POSITION. INMATE SAM BEGAN TO RESIST AND PULL AWAY. NEXT, DEPUTY RUSH EXECUTED AN ARM BAR TAKEDOWN. WE THEN SECURED INMATE SAM ON THE FLOOR AND CONTACTED MASTER CONTROL VIA RADIO TO SEND THE ERT MEMBERS TO MED CLINIC FOR AN ATTACK ON STAFF MEMBER. ERT MEMBERS CALDERON, HOCH, TOMALIEH, BISHOP-GREEN HOUSING SGT KNAZZE AND WATCH COMMANDER D. ALEXANDER RESPONDED. INMATE SAM WAS THEN ESCORTED TO D-POD CELL 41 PLACED ON AD-SEG STATUS PENDING A DISCIPLINARY HEARING. THE MOVE WAS VIDEO TAPED BY MYSELF AND DISK WAS FINALIZED AND PLACED IN THE HOUSING SGT OFFICE. B-POD OFFICER DEPUTY G. HECHT WAS NOTIFIED OF TRANSFER AND PLACED INMATE SAM PROPERTY BIN IN VESTIBULE AND CONTACTED POPERY CLERK.

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** ________ **YES** ________ **NO** **Date:** ______________________

C/O RiCHERdS

اعطى الورقه يوم الجمعه

+ ١٤/٦/١٢ ما بين الثانيه والثالثه مساءً

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Bahan **CIMIS:** 12-9456 **DATE:** 6-13 **POD:** D **CELL:** 11

Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
- ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
- ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)

( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:__________ INVESTIGATOR'S NAME:__________

( ) **ADMINISTRATIVE SECTION**
- ( ) REQUEST FOR INFORMATION
  - ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT

( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
- (X) APPEAL OF GRIEVANCE
- ( ) APPEAL OF DISCIPLINARY BOARD HEARING

( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

[illegible]

Thank You

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9456

*******STAFF RESPONSE*******

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE:__________ #_____ DATE:_____
STAFF SIGNATURE:__________ #_____ DATE:_____
SERGEANT/AREA SUPERVISOR:__________ #_____ DATE:_____
LIEUTENANT/WATCH COMMANDER:__________ #_____ DATE:_____
WARDEN/DEPUTY CHIEF__________ #_____ DATE:_____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Som Bahaa **CIMIS:** 12-4956 **DATE:** 6-12 **POD:** D **CELL:** 11

Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
- ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
- ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)

( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:________ INVESTIGATOR'S NAME:________

( ) **ADMINISTRATIVE SECTION**
- ( ) REQUEST FOR INFORMATION
  - ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT

( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
- (X) APPEAL OF GRIEVANCE X
- (✓) APPEAL OF DISCIPLINARY BOARD HEARING

( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

[illegible]

Thank you!!!

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-4956

*******STAFF RESPONSE*******

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE:________ #____ DATE:____
STAFF SIGNATURE:________ #____ DATE:____
SERGEANT/AREA SUPERVISOR:________ #____ DATE:____
LIEUTENANT/WATCH COMMANDER:________ #____ DATE:____
WARDEN/DEPUTY CHIEF________ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE



# HEALTH SERVICE REQUEST
## SOLICITUD DE SERVICIO DE SALUD

NAME (NOMBRE) Bafoasom Date of Request (Fecha de solicitud) 6-13-14

ID # (Nº de identificación) 12-9956 DOB (Fecha de nacimiento) D

Site (Sitio) ______ Unit (Unidad) ______

Nature of Problem or Request (be specific) Naturaleza del problema o solicitud (sea especifico):

I would like to know what can you do for me because I have a scrape on my knee and I cant move my Shoulder or my back because of what the CO and ERT's did to me. Thank you!!

List Allergies (Nombre las alergias): ______

I consent to be treated by Health Care Staff for the condition described (Doy mi consentimiento para que la condición descrita sea tratada por el Personal de Asistencia Médica):

Bafo

Inmate Signature and Date (Firma y fecha del recluso)

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
COLOQUE ESTE FORMULARIO EN LA CASILLA MÉDICA O EN EL ÁREA DESIGNADA

**Do Not Write Below This Line**

Received/Triage Date: ______ Time: ______ Signature: ______

**Refer to: ___Provider ___Mental Health ___Nursing ___Dental ___Administrator**

## HEALTH CARE DOCUMENTATION

**Response to Inmate:**

Nurse Signature: ______ Date/Time ______

| Inmate Name | ID# | DOB | Date |
| --- | --- | --- | --- |
| | | | |

*CCS-SC01es (formerly CCS-002)* *revised 4/23/08* *NOTE: This is a 2-part form*

6-17

الثلاثاء مساءً عندما عمل رقم (٢)
بدار وجدت دم في المنديل

(2) in 6-19 الخميس صباحاً
وجود دماسي به دم
blooding and PUSS
شاهد بذلك
ممرضة صلات Holly +
+ نبات

(3) 7-5-14 يوم السبت
شفت (١١-٢) الممرضة الغائبة
أعطتني Ointment Antibiotic
مضاد حيوي ٣ أيام

يوم الاربعاء شفت (١١-٢)
(4) 7/٩/14 أولفيا الممرضة أعطني مسكن الأنثى
وايضاً ظهري وكتفي

(5) ممرضة المحكمة يوم ٧/١٥ أعطني
مسكن الى ظهري وايضاً مضاد حيوي
سيف ٥٠٠. ١/٢ ٦ صباحاً، PUS فراشي

Request 6-22
6-25
" 6-27
"

لماذا أتخلي عن مضاد ووصلني يوم
الثلاثاء ٧/٢٤

وبعد ذلك أعطني Holly مسكن
تينانول اوفندين حتى ٧/٢٠
كريم + مسكن للظهر
٧/٢ ووصلني ٧/٧ ووصلني يوم الجمعة إعراقي ١٨/١٤
ان (d) Bod - تهد ١١ صباحاً بعد الغداء

## CORRECT CARE SOLUTIONS, INC.
### HEALTH SERVICE REQUEST

(11-ءﺎﺟ)

NAME _Balca Som_ Date of Request X ﺟﺎ ﻟﻜﻠﻴﻪﺏ V/o

ID # _____ DOB _____ Site _____ Unit _____

Nature of Problem or Request (be specific): _____

After when 9 come beck form the MEDICal
pod 9 fined som speas in my head
blooding and puss all the NURSe - Holly

List Allergies: ~~ﻟﻬﻮ + benadryset~~

I consent to be treated by Health Care Staff for the condition described.

+ ﺗﺰﻳﻒ(ﺩﻡ) ﻣﻦ ﻓﺘﺢ ﻓﺮﻕ ﺍﻟﺸﺮﻳﻦ

_____ Inmate Signature and Date

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA

**Do Not Write Below This Line**

Received/Triage Date: _____ Time: _____ Signature: _____

**Refer to:** ___Provider ___Mental Health ___Nursing ___Dental ___Administrator

## HEALTH CARE DOCUMENTATION

**SUBJECTIVE:** _____ Ointment, Antibiotic

**OBJECTIVE:** _____

**ASSESSMENT:** _____

**PLAN:** _____

**Education Given:** ☐ Yes ☐ No

**VITAL SIGNS:** T_____ P_____ R_____ BP_____ HT_____ WT_____

Nurse Signature: _____ Date/Time_____

CCS-002S rev. 7/2006



CCS CORRECT CARE SOLUTIONS

# CORRECT CARE SOLUTIONS, INC.
## HEALTH SERVICE REQUEST

Nombre: ______ Fecha: ______

Numero: ______ Fecha de Nacimiento ______ Lugar ______ Unit ______

Explica la Problema Medica: [illegible] 9/7 [illegible] 10/7 [illegible]

Alergias de la lista: [illegible]

Yo doy permiso para el tratamiento de la problema explicado arriba.

[illegible] Ointment [illegible]

Firma del paciente y fecha

PONGA ESTA PAPEL EN LA CAJA MEDICAL

**NO ESCRIBE DEBAJO DE LA LINEA**

Received/Triage Date: ______ Time: ______ Signature: ______

**Refer to:** ___**Provider** ___**Mental Health** ___**Nursing** ___**Dental** ___**Administrator**

## HEALTH CARE DOCUMENTATION

**SUBJECTIVE:** 174/111 [illegible] 182/105 + 188/103 [illegible]

**OBJECTIVE:** 152/123 6 130/88 7/7 [illegible]

**ASSESSMENT:** ______

**PLAN:** ______

**Education Given:** ☐ Yes ☐ No

**VITAL SIGNS: T**______ **P** ______ **R** ______ **BP** ______ **HT** ______ **WT** ______

Nurse Signature: ______ Date/Time ______

CCS-002S rev. 7/2006

# CORRECT CARE SOLUTIONS, INC.
## HEALTH SERVICE REQUEST

NAME _Rahaa Sam_     Date of Request _7-7-2014_

ID # _12-9956_    DOB _____   Site _D_   Unit _27_

Nature of Problem or Request (be specific): _____

_I want Sea the DocToR becouse my_
_Shoulder and my back to much pain_

List Allergies: _____

I consent to be treated by Health Care Staff for the condition described.

_Bafa_   _7/10_

Inmate Signature and Date

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA

### Do Not Write Below This Line

Received/Triage Date: _____    Time: _____    Signature: _____

**Refer to:** ___Provider   ___Mental Health   ___Nursing   ___Dental   ___Administrator

## HEALTH CARE DOCUMENTATION

**SUBJECTIVE:** _Request in 6-22-14 shift(3-11)①_

**OBJECTIVE:** _② " " 6-25-14_
_6/26 انا ارسلت طلبات اتنين الى يومنا هذا 6-25/ح_

**ASSESSMENT:** _③ Request in 6-27-14 shift(3-11)_

**PLAN:** _____

**Education Given:** ☐ Yes ☐ No

**VITAL SIGNS:** T_____ P_____ R_____ BP_____ HT_____ WT_____

Nurse Signature: _____ Date/Time_____

CCS-002S rev. 7/2006



CCS
CORRECT CARE
SOLUTIONS

# CORRECT CARE SOLUTIONS, INC.
## HEALTH SERVICE REQUEST

Nombre: ______________________________ Fecha: ____________________

Numero: __________ Fecha de Nacimiento __________ Lugar ______________ Unit __________

Explica la Problema Medica: ____________________________________________

________________________________________________________________

________________________________________________________________

________________________________________________________________

________________________________________________________________

Alergias de la lista: ____________________________________________

Yo doy permiso para el tratamiento de la problema explicado arriba.

____________________________

Firma del paciente y fecha

PONGA ESTA PAPEL EN LA CAJA MEDICAL

**NO ESCRIBE DEBAJO DE LA LINEA**

---

Received/Triage Date: __________ Time: ______ Signature: ____________________

**Refer to:** ___**Provider** ___**Mental Health** ___**Nursing** ___**Dental** ___**Administrator**

---

## HEALTH CARE DOCUMENTATION

**SUBJECTIVE:** ____________________________________________

________________________________________________________________

________________________________________________________________

**OBJECTIVE:** ____________________________________________

________________________________________________________________

________________________________________________________________

**ASSESSMENT:** ____________________________________________

________________________________________________________________

________________________________________________________________

**PLAN:** ____________________________________________

________________________________________________________________

________________________________________________________________

**Education Given:** ☐ **Yes** ☐ **No**

**VITAL SIGNS: T**________ **P** ________ **R** ________ **BP** ________ **HT** ________ **WT** ________

Nurse Signature: ______________________________ Date/Time____________________

CCS-002S rev. 7/2006

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Bakar **CIMIS:** 12-9956 **DATE:** 6/16 **POD:** H/IM **CELL:** 4/1

Last Name, First Name, Middle Initial

D-POD

***********INSTRUCTIONS************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)

( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:________ INVESTIGATOR'S NAME:________

( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT

( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
(X) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

Pleas Help me. I am No go out from Friday 8:30 AM in tell Mandel 6-16-14 at 8 AM, No Sohaur Now

**INMATE'S SIGNATURE** Bakar **CIMIS NUMBER:** 12-9956

*****STAFF RESPONSE*****

WHAT ARE YOU REQUESTING?

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: Lantz # 1789 DATE: 6/16/14
STAFF SIGNATURE: [signature] # 353 DATE: 6-19-14
SERGEANT/AREA SUPERVISOR: ________ # ____ DATE: ____
LIEUTENANT/WATCH COMMANDER: ________ # ____ DATE: ____
WARDEN/DEPUTY CHIEF ________ # ____ DATE: ____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

D-8

**22**

**WILL COUNTY ADULT DETENTION FACILITY**
**INMATE REQUEST FORM 22**

**NAME:** Sam Bahaa **CIMIS:** 12-9956 **DATE:** 6-19 **POD:** D **CELL:** 8
Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:________ INVESTIGATOR'S NAME:________
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
(X) **COMPLAINT ABOUT TREATMENT / GRIEVANCES** NR
(X) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

please Help me. I am the ferst time in my life. I Have order for the dictor Ice pack. I am never rcid

**INMATE'S SIGNATURE** 6-16-19 [signature] **CIMIS NUMBER:** 12-9956

*******STAFF RESPONSE*******

6/30/14 Ice pack orders are for 48 hours usually so long past the need for ice

Brnewoff 6/30/14

**SIGNATURES**
REVIEWED BY POD OFFICER SIGNATURE: T. Langley #1650 DATE: 6-19-14
STAFF SIGNATURE:________ #____ DATE:____
SERGEANT/AREA SUPERVISOR:________ #____ DATE:____
LIEUTENANT/WATCH COMMANDER:________ #____ DATE:____
WARDEN/DEPUTY CHIEF________ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Rofaa **CIMIS:** 12-9956 **DATE:** 6-20 **POD:** D **CELL:** 8

Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION

(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.

(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION

(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**

(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
- ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
- ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)

( ) **REQUEST TO SEE A POLICE INVESTIGATOR**

POLICE AGENCY:________ INVESTIGATOR'S NAME:________

( ) **ADMINISTRATIVE SECTION**
- ( ) REQUEST FOR INFORMATION
  - ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT

( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**

( ) **PHONE-CALL LIST CHANGE**

( ) **LAUNDRY**

( ) **PROPERTY**

( ) **FOOD SERVICE SECTION**

( ) **COMMISSARY SECTION**

( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)

(X) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
- ( ) APPEAL OF GRIEVANCE
- (X) APPEAL OF DISCIPLINARY BOARD HEARING

( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

I am no take my time out FROM Friday 6-13-14 Intil monday 6-16-14 at 8:20 AM, whoay the are my REQUESTING madkel (M.D) things

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9956

*******STAFF RESPONSE*******

Discussed 6/22
R.D 6/13
D.M. 6/14
M.D. 6/18

Not allowed out of cell for 3 days. While housed in Medical Unit

Situation will B looked into and discussed w/officers

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: [signature] # 7013 DATE: 6/21

STAFF SIGNATURE:________ #____ DATE:____

SERGEANT/AREA SUPERVISOR: Sgt. [signature] #____ DATE:____

LIEUTENANT/WATCH COMMANDER:________ # 1428 DATE: 6/24

WARDEN/DEPUTY CHIEF________ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

Richards

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Bakaa **CIMIS:** 12-9456 **DATE:** 6-20 **POD:** D **CELL:** 8

Last Name, First Name, Middle Initial

***********INSTRUCTIONS************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
- ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
- ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)

( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:________ INVESTIGATOR'S NAME:________

( ) **ADMINISTRATIVE SECTION**
- ( ) REQUEST FOR INFORMATION
  - ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT

( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
- ( ) APPEAL OF GRIEVANCE
- (X) APPEAL OF DISCIPLINARY BOARD HEARING

( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

[illegible handwriting] GRIEVANCES against C/O RIOS and [illegible] RECEIVE YELLOW COPIES

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9456

*****STAFF RESPONSE*****

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE:________ #____ DATE:____
STAFF SIGNATURE:________ #____ DATE:____
SERGEANT/AREA SUPERVISOR:________ #____ DATE:____
LIEUTENANT/WATCH COMMANDER:________ #____ DATE:____
WARDEN/DEPUTY CHIEF________ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

C/O RICHERDS

22

# WILL COUNTY ADULT DETENTION FACILITY

## INMATE REQUEST FORM 22

**NAME:** Sam Bafoa 12-9956 **CIMIS:** ____ **DATE:** 6-22 **POD:** D **CELL:** 8

Last Name, First Name, Middle Initial

***********INSTRUCTIONS************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

RECEIVED JUN 23 2014 W.C.A.D.F. Classification Office

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:____ INVESTIGATOR'S NAME:____
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
(✓) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
( ) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

On 6-13-2014 I fill out a grievances at 10:00Am and I still have not heard anything from the grievance officer I would like to know what is going on with my grievancs and if any one has heard from my grievancs

**INMATE'S SIGNATURE** Bafoa **CIMIS NUMBER:** 12-9956

*****STAFF RESPONSE*****

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: [signature] # 2213 DATE: 6-22-14
STAFF SIGNATURE:____ #____ DATE:____
SERGEANT/AREA SUPERVISOR:____ #____ DATE:____
LIEUTENANT/WATCH COMMANDER:____ #____ DATE:____
WARDEN/DEPUTY CHIEF____ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Bakaa **CIMIS:** 12-9956 **DATE:** 6-22 **POD:** D **CELL:** 8

Last Name, First Name, Middle Initial

***********INSTRUCTIONS************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
- ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
- ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)

( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:________ INVESTIGATOR'S NAME:________

( ) **ADMINISTRATIVE SECTION**
- ( ) REQUEST FOR INFORMATION
  ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT

( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
(✓) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
- ( ) APPEAL OF GRIEVANCE
- ( ) APPEAL OF DISCIPLINARY BOARD HEARING

( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

On 6-12-2014 I fill out a grievance at 10:00am and I still have not heard anything from the grievance officer. I would like to know what is going on with my grievance and if any one has heard from my grievance.

**INMATE'S SIGNATURE** Baka **CIMIS NUMBER:** 12-9956

*****STAFF RESPONSE*****

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: [signature] # 2213 DATE: 6-22-14
STAFF SIGNATURE:________ #____ DATE:____
SERGEANT/AREA SUPERVISOR:________ #____ DATE:____
LIEUTENANT/WATCH COMMANDER:________ #____ DATE:____
WARDEN/DEPUTY CHIEF________ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

Class

**22**

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Balca 12-9956 **CIMIS:** 9956 **DATE:** 6-26 **POD:** D **CELL:** 8

Last Name, First Name, Middle Initial

***********INSTRUCTIONS************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:________ INVESTIGATOR'S NAME:________
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
(X) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
( ) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

I talod C/O DUDEK my Head blooding He Sed I Coll the Nursin twos He'S L/e thank you

**INMATE'S SIGNATURE** Balca **CIMIS NUMBER:** 12-9956

*****STAFF RESPONSE*****

Inmate Sam I talked to the Nursing Staff. They said They have told you Numersous times to fill out A Sick Call. If You Can Remember You Explained to me Today In front of The Nursing Staff That You Filled out A Sick Call Today (6-26-14) Deputy Dudek Also Explain This To You That The Nursing Staff Knew And told You to fill out A Sick Call. Also I was Assigned to D pod When the Nursing Staff Seen You And Explained That You Have Small Scabs on Your Head And You Need to Stop Picking At Them And Making Them Bleed.

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: WK #2171 DATE: 6/26/14
STAFF SIGNATURE:________ #____ DATE:____
SERGEANT/AREA SUPERVISOR:________ #____ DATE:____
LIEUTENANT/WATCH COMMANDER:________ #____ DATE:____
WARDEN/DEPUTY CHIEF________ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Polca **CIMIS:** 12-9956 **DATE:** 6-29 **POD:** D **CELL:** 8

Last Name, First Name, Middle Initial

***********INSTRUCTIONS************

(1) PRINT ALL INFORMATION

(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.

(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION

(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**

(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
- ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
- ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)

( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
- POLICE AGENCY:________ INVESTIGATOR'S NAME:________

( ) **ADMINISTRATIVE SECTION**
- ( ) REQUEST FOR INFORMATION
  - ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT

( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**

( ) **PHONE-CALL LIST CHANGE**

( ) **LAUNDRY**

( ) **PROPERTY**

( ) **FOOD SERVICE SECTION**

( ) **COMMISSARY SECTION**

( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)

(✓) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
- ( ) APPEAL OF GRIEVANCE
- ( ) APPEAL OF DISCIPLINARY BOARD HEARING

( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

On or about June 13 at 7:30 or 8:00am I was at The Doctor and they Say I slap his hand, they told me they have a video of it and I want to see the video, please (the officer is JR Ios)

Thank you

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:**________

*****STAFF RESPONSE*****

This Complaint Has Been Addressed Several times please do not submit this Request Again

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: [signature] #2080 DATE: 6-29-14

STAFF SIGNATURE:________ #____ DATE:____

SERGEANT/AREA SUPERVISOR:________ #____ DATE:____

LIEUTENANT/WATCH COMMANDER: Sgt [signature] #1425 DATE: 7/2

WARDEN/DEPUTY CHIEF________ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Baloa **CIMIS:** 12-9950 **DATE:** 6-24 **POD:** D **CELL:** 8

Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION

(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.

(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION

(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**

(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
- ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
- ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)

( ) **REQUEST TO SEE A POLICE INVESTIGATOR**

POLICE AGENCY:______ INVESTIGATOR'S NAME:______

( ) **ADMINISTRATIVE SECTION**
- ( ) REQUEST FOR INFORMATION
  - ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT

( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**

( ) **PHONE-CALL LIST CHANGE**

( ) **LAUNDRY**

( ) **PROPERTY**

( ) **FOOD SERVICE SECTION**

( ) **COMMISSARY SECTION**

( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)

( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
- ( ) APPEAL OF GRIEVANCE
- (X) APPEAL OF DISCIPLINARY BOARD HEARING

( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

I recieved a discipline report on 6-13-14 for participate in/or provoke fight, and "refusal to obey a direct order." However after recieving the decision for my report, the hearing officer clearly states that "We do not believe that Mr. Balsa sought a physical confrontation with staff, but we do believe that he physically slapped the hand of a staff member." Therefore, I was found guilty on supposively slapping the hand of a staff member, but the charges on my discipline report is not consistent with what I was found guilty for because I was not charged with slapping the hand. So I do believe that I was discipLined wrongful and I wish something is done about it

**INMATE'S SIGNATURE** Baloa **CIMIS NUMBER:** 12 9950

*******STAFF RESPONSE*******

Duplicate — Complaint Has Already Been Addressed Several times Discipline Will Stand As Is

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: [signature] #2080 DATE: 6-29-14

STAFF SIGNATURE:______ #____ DATE:____

SERGEANT/AREA SUPERVISOR:______ #____ DATE:____

LIEUTENANT/WATCH COMMANDER: [signature] #7475 DATE: 7/2

WARDEN/DEPUTY CHIEF______ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

22

## WILL COUNTY ADULT DETENTION FACILITY

## INMATE REQUEST FORM 22

**NAME:** Com Rafaa **CIMIS:** 12-9956 **DATE:** 6-29 **POD:** D **CELL:** 8
Last Name, First Name, Middle Initial

27

***********INSTRUCTIONS************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:________ INVESTIGATOR'S NAME:________
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
( ) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

pleaso I want Som one Who me in English (E) MR yosem Cocial services OR Cia Hamed SHALPY OR E.R.t TO MALIEH thank you

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9956

*****STAFF RESPONSE*****

DO NOT UNDERSTAND YOUR REQUEST. WHAT ARE YOU REQUESTING?

**SIGNATURES**
REVIEWED BY POD OFFICER SIGNATURE: [signature] # 2080 DATE: 6-29-14
STAFF SIGNATURE: [signature] # 353 DATE: 7/1/14
SERGEANT/AREA SUPERVISOR: ____ # ____ DATE: ____
LIEUTENANT/WATCH COMMANDER: ____ # ____ DATE: ____
WARDEN/DEPUTY CHIEF ____ # ____ DATE: ____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

MR/MICHael F. O'LeaRy

**22**

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Bafaa 12-9956 **CIMIS:** 9956 **DATE:** 6-20 **POD:** D **CELL:** 8

Last Name, First Name, Middle Initial

***********INSTRUCTIONS************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
- ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
- ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)

( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:__________ INVESTIGATOR'S NAME:__________

( ) **ADMINISTRATIVE SECTION**
- ( ) REQUEST FOR INFORMATION
  - ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT

( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
(✓) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
- ( ) APPEAL OF GRIEVANCE
- ( ) APPEAL OF DISCIPLINARY BOARD HEARING

( ) **OTHER, AS EXPLAINED BELOW.**

Punish

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

Dear Mr. Michael F. O'Leary please help me this is the first time being in jail in my life I am egyptian, America, I a Christian. I am not Osama Related I want someone Fair but MR. WATSON he is not Fair he always go with the C/O say and dont try to hear us out. And I'm being punish for something I dont do so can you please help me

please, Thank you

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9956

*****STAFF RESPONSE*****

Inmate Sam you touched a staff member and that is a Blatant violation of facility Rules, Class Specialist Watson Has Reviewed your incident thoroughly and your discipline is just you are not Being punished due to your Race. Your Charges will Stand As is. Also pleas do not direct complaints to the warden per inmate Handbook

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE:__________
STAFF SIGNATURE:__________ #______ DATE:______
SERGEANT/AREA SUPERVISOR:__________ #______ DATE:______
LIEUTENANT/WATCH COMMANDER: Sgt M-Heit #1425 DATE: 7/2
WARDEN/DEPUTY CHIEF__________ #______ DATE:______

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Rahoa **CIMIS:** 12-9950 **DATE:** 7-5 **POD:** D **CELL:** 27

Last Name, First Name, Middle Initial

***********INSTRUCTIONS************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
- ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
- ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)

( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:______ INVESTIGATOR'S NAME:______

( ) **ADMINISTRATIVE SECTION**
- ( ) REQUEST FOR INFORMATION
  - ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT

( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
- ( ) APPEAL OF GRIEVANCE
- (X) APPEAL OF DISCIPLINARY BOARD HEARING

( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

please Award Someone Else Hearing me because I am not believed OR TRUST MR watson He Is not faR at all. I am the victem I need Reasons why I am HeRe thank you

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9950

*****STAFF RESPONSE*****

MR WATSON IS ASSigned TO Conduct HEARINGS. I HAVE full Confidence in His fairness

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: [signature] # 1970 DATE: 7/4
STAFF SIGNATURE:______ #______ DATE:______
SERGEANT/AREA SUPERVISOR:______ #______ DATE:______
LIEUTENANT/WATCH COMMANDER:______ #______ DATE:______
WARDEN/DEPUTY CHIEF [signature] # 198 DATE: 7-10-14

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

Class

**22**

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Balaa **CIMIS:** 12-9950 **DATE:** 7-5 **POD:** D **CELL:** 27
Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:______ INVESTIGATOR'S NAME:______
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
(X) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
( ) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

MS/Mafet She Said I Request many time Who this Can Hapend and this is the frjest time. Please I want watching the Videotape becouse She lie thank you

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9950

*******STAFF RESPONSE*******

? Not Sure what Exactly you are Requesting at this time. Please Refrain from make derogatory Statements towards Staff

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: [signature] # 2171 DATE: 7/4/14
STAFF SIGNATURE: ______ # ____ DATE: ____
SERGEANT/AREA SUPERVISOR: Sgt McHart # ____ DATE: ____
LIEUTENANT/WATCH COMMANDER: ______ # 1472 DATE: 7/15
WARDEN/DEPUTY CHIEF ______ # ____ DATE: ____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

Recieved 7/14

Dil # **22**

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Bapoa **CIMIS:** 12-9956 **DATE:** 7-9 **POD:** O **CELL:** 27

Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

(X) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:____ INVESTIGATOR'S NAME:____
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
(X) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
( ) APPEAL OF GRIEVANCE
(X) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

RECEIVED
JUL 16 2014
W.C.A.D.F.
Deputy Chief's Office

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

Excuse me but I do not understand why you wouldn't accept my appeal of Disciplinary Board Hearing. What is the reason that I was put into agg-seg when I didn't do anything wrong. I feel that I have been treated unfairly. Why put appeal Hearing in the form when you will not accept it.

Red JOHN (8:44845) thank you

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9956

*******STAFF RESPONSE*******

YOU HAVE THE RIGHT TO APPEAL THE DISCIPLINARY BOARDS DECISION. IN YOUR CASE I CHOSE TO DENIE YOUR APPEAL. THIS MATTER IS NOW CLOSED.

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: PEREZ # 1486 DATE: 7-10-14
STAFF SIGNATURE: ____ # ____ DATE: ____
SERGEANT/AREA SUPERVISOR: ____ # ____ DATE: ____
LIEUTENANT/WATCH COMMANDER: ____ # ____ DATE: ____
WARDEN/DEPUTY CHIEF DEP. CHIEF [signature] # 198 DATE: 7-16-14

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

لماذا هو فنعل لي [illegible]

DR #3

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Rafaa 2012-9956 **CIMIS:** ______ **DATE:** 7-11 **POD:** D **CELL:** 27

Last Name, First Name, Middle Initial

D-29

*************INSTRUCTIONS**************

1. PRINT ALL INFORMATION
2. PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
3. CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
4. FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
5. KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES <u>FIRST</u> FOR ALL POD-RELATED QUESTIONS.**

(X) **CLASSIFICATION SECTION**
- ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
- ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)

( ) **REQUEST TO SEE A POLICE INVESTIGATOR**

POLICE AGENCY: ______ INVESTIGATOR'S NAME: ______

( ) **ADMINISTRATIVE SECTION**
- ( ) REQUEST FOR INFORMATION
  - ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT

( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**

( ) **PHONE-CALL LIST CHANGE**

( ) **LAUNDRY**

( ) **PROPERTY**

( ) **FOOD SERVICE SECTION**

( ) **COMMISSARY SECTION**

( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)

( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
- ( ) APPEAL OF GRIEVANCE
- ( ) APPEAL OF DISCIPLINARY BOARD HEARING

( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

Excuse me, I write two grievances both on 6-13-14 2nd Shift C/O Richards between 4:30 + 10:30 p.m. against C/O Rios & ERT Hoch and I haven't recieved the yellow copies.

thank you

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9956

*******STAFF RESPONSE*******

This Complaint has Already Been Addressed Several times please stop submitting this same issue to be looked into

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: Perez #1186 DATE: 7-11-14

STAFF SIGNATURE: ______ # ______ DATE: ______

SERGEANT/AREA SUPERVISOR: ______ # ______ DATE: ______

LIEUTENANT/WATCH COMMANDER: Sgt M Heit #1475 DATE: 7/17

WARDEN/DEPUTY CHIEF ______ # ______ DATE: ______

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Bahaa **CIMIS:** 2012009956 **DATE:** 7-13 **POD:** D **CELL:** 27

Last Name, First Name, Middle Initial

***********INSTRUCTIONS************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:________ INVESTIGATOR'S NAME:________
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
(X) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
(X) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

C/O Cantone shift 7a-3a searched my cell and found a hand towel with blood on it. She asked me what their was blood on the towel and why I was keeping it. I explained to her the blood on the hand towel was still of the puss [illegible]. She told me to get rid of it. I explained to her that I need this for evidence case. When I told the c/o Dudex that I need nurse's assistance because of the incendent that happened on 6-26-14.

[signature]

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9956

*****STAFF RESPONSE*****

Had inmate Sam put Bio-face towel in a melt away bag then red bio bag

You ARE Not Allowed to Keep extrA linen it is A Rule ViolAtion

Dep CAntone WAS following Policy

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: E Cantone # 1850 DATE: 7/13/14
STAFF SIGNATURE:________ #____ DATE:____
SERGEANT/AREA SUPERVISOR:________ #____ DATE:____
LIEUTENANT/WATCH COMMANDER: Sgt M Hall # 1410 DATE: 7/15/14
WARDEN/DEPUTY CHIEF________ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

22

# WILL COUNTY ADULT DETENTION FACILITY

## INMATE REQUEST FORM 22

**NAME:** Sam Bahaa 2012-0009956 **CIMIS:** ______ **DATE:** 7-14-14 **POD:** D **CELL:** 27
Last Name, First Name, Middle Initial

***********INSTRUCTIONS************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
(X) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY: Joliet of Will County Sheriff INVESTIGATOR'S NAME: ______
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
( ) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

I would like to speak with a police investigator from the department of Joliet or Will County Sherif, so they can come and take picture and write a report about my head injury. Please and thank you

NMRS Jason

**INMATE'S SIGNATURE** ______ **CIMIS NUMBER:** 12-9956

*****STAFF RESPONSE*****

Reports Were Presented to The States Attorneys Office. No Charges Will Be Filed.
Case Is Closed.

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: ______ # 772 DATE: 2/17/14
STAFF SIGNATURE: ______ # ______ DATE: ______
SERGEANT/AREA SUPERVISOR: Sgt ______ # 1152 DATE: 2/16/14
LIEUTENANT/WATCH COMMANDER: ______ # ______ DATE: ______
WARDEN/DEPUTY CHIEF ______ # ______ DATE: ______

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE



Ex# 3

22

# WILL COUNTY ADULT DETENTION FACILITY

## INMATE REQUEST FORM 22

NAME: Sam Bakaa CIMIS: 12-9956 DATE: 7-15 POD: D CELL: 27
Last Name, First Name, Middle Initial

***********INSTRUCTIONS************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:________ INVESTIGATOR'S NAME:________
( ) **ADMINISTRATIVE SECTION**
(X) REQUEST FOR INFORMATION
(X) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
( ) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

NURSE JASMINE

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

Iam SORRY I Can not go to the Court becouse my back Heart me very mUCH Please I want my new Court Date. Thank you

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9956

*****STAFF RESPONSE*****

Please Contact your Attorney

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: C Maleck #1972 DATE: 7/15/14
STAFF SIGNATURE:________ #____ DATE:____
SERGEANT/AREA SUPERVISOR:________ #____ DATE:____
LIEUTENANT/WATCH COMMANDER: Sgt [signature] #1475 DATE: 7/16/14
WARDEN/DEPUTY CHIEF________ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

SEE YR PERILLO

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Bohaa **CIMIS:** 12-9956 **DATE:** 7-17 **POD:** D **CELL:** 27

Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
- ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
- ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)

(X) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY: [illegible] INVESTIGATOR'S NAME:

( ) **ADMINISTRATIVE SECTION**
- ( ) REQUEST FOR INFORMATION
  - ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT

( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
- ( ) APPEAL OF GRIEVANCE
- ( ) APPEAL OF DISCIPLINARY BOARD HEARING

( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

[illegible] Please Can you Come talk me [illegible]

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 10-9956

*******STAFF RESPONSE*******

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: ______ # ______ DATE: ______
STAFF SIGNATURE: ______ # ______ DATE: ______
SERGEANT/AREA SUPERVISOR: ______ # ______ DATE: ______
LIEUTENANT/WATCH COMMANDER: ______ # ______ DATE: ______
WARDEN/DEPUTY CHIEF ______ # ______ DATE: ______

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

D27

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Bahaa **CIMIS:** 12-9956 **DATE:** 7-28 **POD:** 0 **CELL:** 27
Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
(X) **REQUEST TO SEE A POLICE INVESTIGATOR** sherff
POLICE AGENCY: Joliet will county INVESTIGATOR'S NAME:
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
( ) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

I would like to speak to a police investigator from the department at Joliet will county sherf, so they can come take picture & write a report about my multiple head injuries. Please & thank you. ps. After 45 days injuries are still plainly visible.

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9956

*******STAFF RESPONSE*******

You Will Need To Speak With Your Attorney.

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: [signature] #2051 DATE: 7/28/14
STAFF SIGNATURE: #______ DATE:
SERGEANT/AREA SUPERVISOR: Sgt Pheyun #1256 DATE: 7/30/14
LIEUTENANT/WATCH COMMANDER: #______ DATE:
WARDEN/DEPUTY CHIEF #______ DATE:

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

MR. Deputy Chief

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Som Bahoa **CIMIS:** 12-9956 **DATE:** 7-29 **POD:** D **CELL:** 27

Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:________ INVESTIGATOR'S NAME:________
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
( ) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

Excuse Me Mr. Chief/Warden I Need to see a police investigator about my issue with nurse Pittman. Why Does she get an investigation and I Do nothing. Deputy C/O C. Rios told Ms. Pittman to say that I touched or slapped her hand away from the scale. Please I want you to watch the videotape I only touched the scale this I Do every time I go to medical. I am the victam I have all the evidence. Please I want to see or speak with a police investigator. Thank you!!

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12 9956

*******STAFF RESPONSE*******

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE:________ #____ DATE:____
STAFF SIGNATURE:________ #____ DATE:____
SERGEANT/AREA SUPERVISOR:________ #____ DATE:____
LIEUTENANT/WATCH COMMANDER:________ #____ DATE:____
WARDEN/DEPUTY CHIEF________ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

D43

# Incident Report

Incident: 2014-00001275

**Print Date/Time:** 05/10/2014 12:10
**Login ID:** tmaske
**Report Template:** HEARING - CLASS

WILL COUNTY SHERIFF'S OFFICE
**ORI Number:** IL0990000

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | TRAN TO AD SEG - HEARING | **Reporting Officer:** | 1844 - WHITED |
| **Incident Date/Time:** | 05/02/2014 12:15 PM | **Reported Date/Time:** | 05/02/2014 01:13 PM |
| **Incident Location:** | TRANSPORTS | | |
| **Description:** | Fight between Inmates | | |

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| SPIGHT, MYRON LAVELL | OFFENDER | 2013-00009171 | N |
| SAM, BAHAA ALES | OFFENDER | 2012-00009956 | N |
| WHITED, RENEE | WITNESS | | N |

## Violations

**Seq Number:** 2 **Violator:** SAM, BAHAA ALES **Violation:** PARTICIPATE IN/OR PROVOKE FIGHT

**Location:** **Requires Reclassification:** N

## Violation Hearing

**Seq Number:** 2 **Violator:** SAM, BAHAA ALES **Hearing Officer:** 0473 - MASKE

**Hearing Date/Time:** 05/10/2014 09:28 AM **End Date/Time:** **Inmate Plea:**

| Hearing Subject | Subject Type | Recorded By |
|---|---|---|
| SAM, BAHAA ALES | OFFENDER | 0473 - MASKE |
| HILTON, JOSEPH | STAFF MEMBER | 0473 - MASKE |
| LANTZ, BARBARA | STAFF MEMBER | 0473 - MASKE |

## Violation Discipline

**Discipline Type:** TRAN TO AD-SEG PENDING HEARING **Start Date/Time:** 05/02/2014 02:02 PM **End Date/Time:**

**Violator:** SAM, BAHAA ALES **Event Type:** **Disposition:** NOT GUILTY **Officer:** 0473 - MASKE

**Comments:** INMATE HAD HIS COPY OF THE REPORT AND WAS ABLE TO REVIEW IT.
INMATE STATED HE HAD NO IDEA AS TO WHY THE OTHER INMATE CAME OVER TO HIM AND STARTED TO HIT HIM. HE STATED HE DID NOT STRIKE THE OTHER INMATE BACK.
DUE TO THIS INMATES NON-INVOLVEMENT WITH THE FIGHT AND THE FACT THAT THE OTHER INMATE INVOLVED IS NOW IN THE DEPARTMENT OF CORRECTIONS MAY HAVE USED THIS FIGHT AS A WAY TO DELAY HIS TRANSFERRAL TO DOC THE HEARING BOARD FINDS MR. SAM NOT GUILTY OF ALL CHARGES. HE WILL BE TRANSFERRED OUT OF DISCIPLINE TONIGHT AND PLACED IN GENERAL POPULATION.

I am in the Hole fRom 5/2-14 to 5-10-14 but iNMate Ruben W. Washinston #B-2606 the same Case NotGuilty but He in the Hole betweN 2 OR 3 day whay? DiscRemtion thank you

# Incident Report

Incident: 2014-00001275

Revised 1 of 4 See new

**Print Date/Time:** 05/04/2014 07:26
**Login ID:** awatson
**Report Template:** VIOLATION - OFFICER

WILL COUNTY SHERIFF'S OFFICE
**ORI Number:** IL0990000

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | OTHER | **Reporting Officer:** | 1844 - WHITED |
| **Incident Date/Time:** | 05/02/2014 12:15 PM | **Reported Date/Time:** | 05/02/2014 01:13 PM |
| **Incident Location:** | TRANSPORTS | | |
| **Description:** | Fight between Inmates | | |

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| SPIGHT, MYRON LAVELL | OFFENDER | 2013-00009171 | N |
| SAM, BAHAA ALES | OFFENDER | 2012-00009956 | N |
| WHITED, RENEE | WITNESS | | N |

## Violations

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Narrative

ON TODAYS DATE, I DEP. R. WHITED #1844 WAS ASSIGNED TO MASTER CONTROL ON THE 7A-3P SHIFT WHEN THE FOLLOWING INCIDENT OCURRED: AT APPROXIMATELY 1215 HOURS THE INTERCOM FOR COURT HOLDING CELL #4 WAS SET OFF, CAUSING IT TO GO OFF IN MASTER CONTROL. AS I CLICKED ON THE INTERCOM BUTTON TO ANSWER IT, THE CAMERA FOR COURT HOLDING CELL #4 WAS BROUGHT UP ON MY DESK MONITOR. IT WAS AT THIS TIME, I OBSERVED INMATE SPIGHT, MYRON L. (13-9171) (D8), TAKING AN AGGRESSIVE STANCE TOWARD INMATE SAM, BAHAA A. (12-9956) (I-3), AND THEN PROCEEDED WITH CLOSED FISTS TO STRIKE INMATE SAM IN THE FACIAL AREA SEVERAL TIMES. THE ERTS WERE NOTIFIED BY MASTER CONTROL TO 10-25 (GO TO) COURT HOLDING CELL #4 FOR A 10-10 (FIGHT) IN PROGRESS. AT THIS TIME, INMATE SAM REMOVED HIMSELF FROM THE CELL BENCH AND WENT OVER TO THE CELL DOOR. I THEN OBSERVED INMATE SPIGHT CEASE FIGHTING AND LAY DOWN ON THE GROUND IN A PRONE POSITION. ERTS J. BROOKS, BISHOP-GREEN, CALDERON, OLINO AND TOMALIEH THEN ENTERED COURT HOLDING CELL #4. INMATE SPIGHT WAS PLACED IN HANDCUFFS BY ERT CALDERON AND TRANSPORTED TO D POD CELL #8. PER BOOKING SERGEANT SICINSKI, INMATE SAM WAS TRANSPORTED TO THE BOOKING NURSE'S STATION AND WAS SEEN BY NURSE WENDY HACKLER. AT THAT TIME, NURSE HACKLER DETERMINED THAT INMATE SAM WAS FIT TO BE TRANSFERRED TO D POD WHERE HE WAS PLACED IN CELL D43 WITHOUT INCIDENTBY THE ERTS. PER SGT. KNAZZE, INMATE SAM'S PROPERTY WAS PLACED IN HIS BIN BY DEP. K. KING, WHO THEN CALLED THE PROPERTY CLERK TO PICK UP THE BIN AND PLACE IT ON THE PROPER SHELF IN PROPERTY STORAGE. END OF REPORT.

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|
| 05/02/2014 02:02 PM | 1 | ORIGINAL REPORT | PSEDLACEK | |
| 05/03/2014 06:50 AM | 2 | SUPERVISOR APPROVE REPORT | AKNAZZE | |
| 05/03/2014 06:56 AM | 1 | SUPERVISOR REJECT REPORT | TMASKE | |

**Signature:** ______________________ **Date:** ______________________

MS/ BOARD MILLER B-POD

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Rolan **CIMIS:** 129956 **DATE:** 5-16 **POD:** E **CELL:** 14

Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:________ INVESTIGATOR'S NAME:________
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
( ) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
(X) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

Please MS/ MILLER I want the Medical Report on 5/2/14 thank you

**INMATE'S SIGNATURE** Rolan **CIMIS NUMBER:** 129956

*******STAFF RESPONSE*******

Your lawyer can subpoena these records.
[signature] 5-30-14

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: [signature] #1736 DATE: 5-17-14
STAFF SIGNATURE:________ #____ DATE:____
SERGEANT/AREA SUPERVISOR:________ #____ DATE:____
LIEUTENANT/WATCH COMMANDER:________ #____ DATE:____
WARDEN/DEPUTY CHIEF________ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

B14

22

**WILL COUNTY ADULT DETENTION FACILITY**

**INMATE REQUEST FORM 22**

**NAME:** Sam Bafoa **CIMIS:** 12-9956 **DATE:** 5-26 **POD:** B **CELL:** 14

Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

(X) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY:____ INVESTIGATOR'S NAME:____
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
( ) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

Please I want spoke to SGT PERILLO.
Thanks you all

**INMATE'S SIGNATURE** [signature] **CIMIS NUMBER:** 12-9956

*******STAFF RESPONSE*******

THE REPORT WAS FILED WITH WILL COUNTY DEPUTIES THIS MORNING.
REPORT # 14-6695
PLEASE MAKE SURE YOUR ATTORNEY IS AWARE.

**SIGNATURES**

REVIEWED BY POD OFFICER SIGNATURE: Fletcher #2305 DATE: 5/26/15
STAFF SIGNATURE:____ #____ DATE:____
SERGEANT/AREA SUPERVISOR: Sgt Perillo #1756 DATE: 5/28/14
LIEUTENANT/WATCH COMMANDER:____ #____ DATE:____
WARDEN/DEPUTY CHIEF____ #____ DATE:____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE

SeR, PeRillo

1314

22

**WILL COUNTY ADULT DETENTION FACILITY**
**INMATE REQUEST FORM 22**

**NAME:** Som Bofoa **CIMIS:** 12-9956 **DATE:** 5-30 **POD:** B **CELL:** 14
Last Name, First Name, Middle Initial

*************INSTRUCTIONS**************

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
POLICE AGENCY: ________ INVESTIGATOR'S NAME: ________
( ) **ADMINISTRATIVE SECTION**
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
( ) APPEAL OF GRIEVANCE
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS: ATTACH PAPER IF NECESSARY.

Pleas / SeR / PeRillo
Jom Booking wimsday 5-23-14
Please I ned Now want gowing in

**INMATE'S SIGNATURE** thank you Bofoa **CIMIS NUMBER:** 12-9956

*******STAFF RESPONSE*******

INVESTIGATIONS HAS THE REPORT AND IS REVIEWING THE INFORMATION.

**SIGNATURES**
REVIEWED BY POD OFFICER SIGNATURE: ________ # ____ DATE: ____
STAFF SIGNATURE: ________ # ____ DATE: ____
SERGEANT/AREA SUPERVISOR: Sgt. Perillo # 1226 DATE: 6/2/14
LIEUTENANT/WATCH COMMANDER: ________ # ____ DATE: ____
WARDEN/DEPUTY CHIEF ________ # ____ DATE: ____

**PINK COPY:** INMATE RETAINS **WHITE COPY:** SEND TO CLASSIFICATION **YELLOW COPY:** RETURN TO INMATE